IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA :
:
v. : Civil No. CCB-19-736
: Criminal No. CCB-17-145
KENDALL ALEXANDER :
...o0o...

## **MEMORANDUM**

The motion for extension of time (ECF No. 149) filed by Kendall Alexander is Granted. Alexander may have until September 27, 2019, to reply to the government's opposition to his § 2255 motion.

So Ordered this 23rd day of July 2019.

/S/
Catherine C. Blake
United States District Judge